# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 8, 2020

## Argument Confirmation

The following email was sent to counsel of record on April 8, 2020:

> **Subject:** Final Argument Confirmation – Tuesday, April 14, 2020
>
> Dear counsel,
> All cases scheduled for oral argument from March 30, 2020 through the end of April 2020, will be argued telephonically.
> As indicated in special notice to counsel, we are asking that you respond to this email to verify **final confirmation** for oral argument.
> On the morning of your scheduled argument, the Clerk's Office will initiate a telephone call to a phone number you designate via reply to this email. During that call, you will be placed in MUTED status up to and until your case is called for argument. You will then be placed into UNMUTED status when your case is ready to be argued. The court asks that after your argument has ended, you disconnect the call
> **Please reply to this email with your name, appeal number, and phone number that will be used for oral argument.**
> If you are the appellant, please specify how much time you would like to reserve for rebuttal. If there are multiple attorney's arguing, please indicate the order in which you will be presenting argument and how many minutes each attorney will be arguing

---

Counsel responded with the following electronic response on April 8, 2020:

> I am arguing as appellant in 18-3307. I would like to reserve five minutes for rebuttal.
>
> Theodore H. Frank